IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-617-FDW-DCK

| | |
|---|---|
| BARNHARDT MANUFACTURING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ILLINOIS TOOL WORKS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the "Application For Admission To Practice Pro Hac Vice" (Document No. 10) filed May 22, 2008 for admission of Jeffrey A. McIntyre as counsel *pro hac vice* on behalf of Defendant Illinois Tool Works.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. McIntyre shall be admitted to appear before this court *pro hac vice* on behalf of Defendant Illinois Tool Works. It appears that Mr. McIntyre has associated Rebecca A. Brown of Summa, Additon & Ashe, P.A. as local counsel**.**

Signed: May 26, 2009

David C. Keesler
United States Magistrate Judge