# United States District Court
# For The Western District of North Carolina
# Charlotte Division

BARNHARDT MANUFACTURING COMPANY,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:08cv617

ILLINOIS TOOL WORKS, INC.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2009 and April 16, 2010 Order.

Signed: June 11, 2010

Frank G. Johns, Clerk
United States District Court